AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Hommer T. Mills | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    1:13-cv-792-SVH |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: <u>The decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).</u>

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ <u>Decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, who reversed the Commissioner's decision and remanded the matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).</u>

Date:   August 12, 2014

*CLERK OF COURT*

s/Caitlin M. Williams

*Signature of Clerk or Deputy Clerk*